UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMYE ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>IMANI WILCOX et al.,<br><br>    Defendants. | Case No. 2:23-cv-08517-SB-BFM<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

    Plaintiff filed this trademark infringement case against Defendants Imani Wilcox and Blqstrdst Labs LLC on October 10, 2023. Dkt. No. 1. Federal Rule of Civil Procedure 4(m) requires that a defendant be served within 90 days of the filing of the complaint. Fed. R. Civ. P. 4(m). More than 90 days have passed since the complaint was filed, but Plaintiff has not yet served Blqstrdst. Plaintiff is ordered to show cause, in writing, no later than January 31, 2024, why Blqstrdst should not be dismissed for failure to timely serve. No oral on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before January 31, 2024, of a proof of service reflecting that service was effectuated on Blqstrdst. The filing of such a proof of service shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Blqstrdst.

Date: January 26, 2024

                                                                  Stanley Blumenfeld, Jr.
                                                                United States District Judge